IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 3:25-CR-10-KAC-DCP |
| GARY MUSICK, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the matter of Defendant Gary Musick's representation. *See* 28 U.S.C. § 636(b). On February 11, 2025, at Defendant's initial appearance on an Indictment, the undersigned appointed Attorney Laura E. Davis to represent Defendant [Doc. 28]. On March 3, 2025, Attorneys Gregory P. Isaacs and Ashlee B. Mathis entered a Notice of Appearance of Counsel or, in the Alternative, Motion for Substitution of Counsel [Doc. 54]. Attorneys Isaacs and Mathis state that they are counsel of record for Defendant Musick and ask to be substituted for Attorney Davis [*Id.*]. Accordingly, the Court finds that Defendant Musick has retained Attorneys Issacs and Mathis to represent him in this case and **ORDERS** as follows:

(1) The Motion for Substitution of Counsel [**Doc. 54**] is **GRANTED**, and Attorneys Gregory P. Isaacs and Ashlee B. Mathis are **SUBSTITUTED** as Defendant's counsel of record;

(2) Attorney Laura E. Davis is **RELIEVED** of her representation of Defendant and **DIRECTED** to provide any discovery she has received and the information from Defendant's file to new counsel.

IT IS SO ORDERED.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge